THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Willie Roy Sanders,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,        Respondent.
 
 
 

Appeal From Laurens County
Gary E. Clary, Circuit Court Judge
Wyatt T. Saunders, Jr., Post Conviction Judge

Memorandum Opinion No. 2005-MO-027
Submitted May 12, 2005  Filed June 6, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of the South Carolina Office of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief
(PCR).
Because there is sufficient evidence to support the PCR judge's finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review of the direct appeal issues pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
 Petitioners direct appeal is dismissed pursuant to Rule 220(b)(1), SCACR, after consideration of petitioners pro se brief and review pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels motion to be relieved is granted.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.